FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 29 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:09CR00168 JMM |
| ) | |
| v. ) | 42 U.S.C. § 1320d-6(a)(2) |
| ) | 42 U.S.C. § 1320d-6(b)(1) |
| JAY HOLLAND, M.D. ) | 18 U.S.C. § 2 |

## INFORMATION

The United States charges that:

### COUNT 1

On or about October 20, 2008, in the Eastern District of Arkansas, JAY HOLLAND, M.D., who was a physician with access to the patient records at St. Vincent Infirmary Medical Center, knowingly and for a reason other than those permitted by Title 42, United States Code, Chapter 7, Subchapter XI, Part C, obtained individually identifiable health information of Patient A, a patient receiving treatment at the St. Vincent Infirmary Medical Center location in Little Rock, Arkansas.

All in violation of Title 42, United States Code, Sections 1320d-6(a)(2) and 1320d-6(b)(1) and Title 18, United States Code, Section 2.

DATED this 29th day of June, 2009.

                                  JANE W. DUKE
                                  United States Attorney

By _____
       LAURA G. HOEY
       Bar Number 650643
       Assistant U.S. Attorney
       P.O. Box 1229
       Little Rock, AR  72203
       (501) 340-2600
       E-mail: laura.hoey@usdoj.gov